# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MELISSA SERRANO DEJESUS**

    Plaintiff,

                              Case Number: 8:25-cv-26-KKM-NHA

    v.

**EQUIFAX INFORMATION
SERVICES, LLC.**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW, the Plaintiff, pursuant to Local Rule 3.09a, and hereby files this Notice of Settlement.

    Dated January 9, 2025,

                                      */s/ Christian E. Cok*
                                      Christian E. Cok, Esq.
                                      Florida Bar No. 1032167
                                      Tel: 813-321-2349
                                      CCok@Seraphlegal.com

                                      SERAPH LEGAL, P. A.
                                      2124 W. Kennedy Blvd. Suite A
                                      Tampa, FL 33606
                                      Fax: 855-500-0705
                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

      */s/ Christian E. Cok*
      Christian E. Cok, Esq.
      Florida Bar Number: 1032167